United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Rainmaker Cider LLC** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Locust Cider** |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-1859962** |

| | | |
|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**4404 76th Ave Ct NW**<br>**Gig Harbor, WA 98335**<br>Number, Street, City, State & ZIP Code<br><br>**Pierce**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **https://www.rainmakerbev.com** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 26-40555-MJH   Doc 1   Filed 03/02/26   Ent. 03/02/26 14:10:37   Pg. 1 of 55

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Case 26-40555-MJH    Doc 1    Filed 03/02/26    Ent. 03/02/26 14:10:37    Pg. 3 of 55

☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  2, 2026**
                   MM / DD / YYYY

**X** **/s/ Jason Spears**                             **Jason Spears**
   Signature of authorized representative of debtor            Printed name

Title    **Owner**

**18. Signature of attorney**

**X** **/s/ Ryan R. Cole**                        Date **March  2, 2026**
   Signature of attorney for debtor                      MM / DD / YYYY

**Ryan R. Cole**
Printed name

**Cairncross & Hempelmann, P.S.**
Firm name

**524 Second Avenue**
**Suite 500**
**Seattle, WA 98104**
Number, Street, City, State & ZIP Code

Contact phone   **206-587-0700**       Email address   **rcole@cairncross.com**

**62066 WA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Rainmaker Cider LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  2, 2026**      **X /s/ Jason Spears**
                                           Signature of individual signing on behalf of debtor

                                           **Jason Spears**
                                           Printed name

                                           **Owner**
                                           Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Rainmaker Cider LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US SBA 409 3rd St, SW. Washington, DC 20419** | | **All Assets** | | **$1,895,523.00** | **$0.00** | **$1,895,523.00** |
| **Iron Horse Brewing 1621 Vantage Hwy Ellensburg, WA 98926** | | **Trade Supplier** | | | | **$568,125.67** |
| **Fruitsmart PO Box 519 Grandview, WA 98930** | | **Trade Supplier** | | | | **$143,666.54** |
| **Equity Residential Management Two North Riverside Plaza Suite 400 Chicago, IL 60606** | | **Summary Judgment** | | | | **$75,000.00** |
| **HHHungate LLC Attn. Property Manager c/o Tarragon NW LLC 511 N 2nd Ave Walla Walla, WA 99362** | | **Summary Judgment** | | | | **$57,961.00** |
| **Stan & Lora Macumber PO Box 1883 Gig Harbor, WA 98335** | | **Delinquent Rent** | | | | **$46,931.20** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AWJP Southside LLC FW 710 Main LP Attn. Jessica Worman 4224 Shannon Dr Fort Worth, TX 76116** | | **Fort Worth - Settlement** | | | | **$46,000.00** |
| **Craft Canning & Printing LLC 1601 S 92nd Pl, Ste A Seattle, WA 98108** | | **Trade Supplier** | | | | **$41,612.94** |
| **Sunteck Transport Co LLC PO Box 536665 Pittsburgh, PA 15253-5908** | | **Trade Supplier** | | | | **$37,474.22** |
| **Chris Farmand & Company PLLC 3948 3rd St S #447 Jacksonville Beach, FL 32250** | | **Trade Supplier** | | | | **$37,020.00** |
| **Vessel Packing Co 6 City Place Dr, Ste 1000 Saint Louis, MO 63141** | | **Trade Supplier** | | | | **$36,130.28** |
| **OAT Financing, Inc. 55 Regent St, Unit 2 Cambridge, MA 02140** | | **Unsecured Loan** | | | | **$34,740.00** |
| **Tree Top Inc PO Box 248 Selah, WA 98942** | | **Trade Supplier** | | | | **$28,875.00** |
| **Intuit Financing Inc. 2700 Coast Ave Mountain View, CA 94043** | | **Unsecured Loan** | | | | **$27,722.64** |
| **Intuit Financing Inc. 2700 Coast Ave Mountain View, CA 94043** | | **Unsecured Loan** | | | | **$23,028.40** |
| **Wildpack Beverage 1301 Edison Hwy, Ste A-2 Baltimore, MD 21213** | | **Trade Supplier** | | | | **$18,788.58** |
| **COCICo LLC 3377 S Birch St Denver, CO 80222** | | **Trade Supplier** | | | | **$18,220.91** |

Case 26-40555-MJH    Doc 1    Filed 03/02/26    Ent. 03/02/26 14:10:37    Pg. 8 of 55

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Argo Logistics Group LLC PO Box 867 Capitola, CA 95010** | | **Trade Supplier** | | | | **$17,124.60** |
| **Stoel Rives 101 S Capitol Blvd, Ste 1900 Boise, ID 83702** | | | | | | **$17,098.68** |
| **B33 Belmar II LLC Belmar Commercial Owner LP One East Wacker Dr, Ste 3600 Chicago, IL 60601** | | **Belmar (Lakewood) Lease** | | | | **$16,000.00** |

Case 26-40555-MJH    Doc 1    Filed 03/02/26    Ent. 03/02/26 14:10:37    Pg. 9 of 55

**Fill in this information to identify the case:**

Debtor name    **Rainmaker Cider LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................................................    $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................................    $     **1,371,663.72**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................................................    $     **1,371,663.72**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **1,960,017.03**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **1,490,295.27**

4. **Total liabilities** ...................................................................................................................................
    Lines 2 + 3a + 3b        $     **3,450,312.30**

Case 26-40555-MJH    Doc 1    Filed 03/02/26    Ent. 03/02/26 14:10:37    Pg. 10 of 55

**Fill in this information to identify the case:**

Debtor name    **Rainmaker Cider LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

   | **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
   |---|---|

2.    **Cash on hand**                                                    **$1,100.00**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Coastal Community Bank** | **Checking** | **1014** | **$0.00** |
| 3.2.  **Chase Bank** | **Checking** | **2275** | **$74,987.90** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                    **$76,087.90**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1.  **Gig Harbor Lease Deposit and Prepaid Rent** | **$15,426.00** |
|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| **$15,426.00** |

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **23,369.72** | - | **0.00** | = .... | **$23,369.72** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **1,167.24** | - | **0.00** | = .... | **$1,167.24** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **51,578.33** | - | **0.00** | = .... | **$51,578.33** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **4,636.35** | - | **0.00** | = .... | **$4,636.35** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **14,598.00** | - | **0.00** | = .... | **$14,598.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **2,762.37** | - | **0.00** | = .... | **$2,762.37** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **480.00** | - | **0.00** | = .... | **$480.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **1,648.01** | - | **0.00** | = .... | **$1,648.01** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **6,350.33** | - | **0.00** | = .... | **$6,350.33** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **4,868.10** | - | **0.00** | = .... | **$4,868.10** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | **1,129.60** | - | **0.00** = .... | **$1,129.60** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

12. **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   **$112,588.05**

## Part 4: Investments

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Packaging and ingredients** | **10/27/2025** | **$357,556.00** | **Purchase** | **$357,556.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Hard Cider in kegs and cans. Apparel merchanise.** | **10/27/2025** | **$30,433.00** | **Revenue based** | **$30,433.00** |
| 22. | **Other inventory or supplies** **Dunnage/Pallets** | **10/27/2025** | **$10,019.00** | | **$10,019.00** |

23. **Total of Part 5.**

   Add lines 19 through 22.  Copy the total to line 84.

   **$398,008.00**

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.

☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**General Equipment** | **$91,126.77** | | **$91,126.77** |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | **$91,126.77** |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

■ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Locust Cider** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** **Colorado Cider Brand** | **$0.00** | | **$600,000.00** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** **Label Designs** | **$0.00** | | **$78,427.00** |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**                                                                                          | **$678,427.00** |

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☐ No
    ■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

<br>

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $76,087.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,426.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $112,588.05 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $398,008.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $91,126.77 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $678,427.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,371,663.72 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,371,663.72 |

## Fill in this information to identify the case:

Debtor name **Rainmaker Cider LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Apex Capital**<br>Creditor's Name<br>**1 Walnut Grove Drive Suite 300 Horsham, PA 19044**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Cross Flow Filter - Model CFKN 50** | **$64,494.03** | **$90,000.00** |

Creditor's email address, if known

Describe the lien
**Equipment Loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0706**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2 US SBA**<br>Creditor's Name<br>**409 3rd St, SW. Washington, DC 20419**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**All Assets** | **$1,895,523.00** | **$0.00** |
|---|---|---|---|

Creditor's email address, if known

Describe the lien
**EIDL Covid Loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/12/2022**

**Last 4 digits of account number**
**9108**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$1,960,017.03

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| | |
|---|---|
| Debtor name | **Rainmaker Cider LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**    Priority creditor's name and mailing address      As of the petition filing date, the claim is:      **Unknown**      **Unknown**

**IRS Centralized Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

_____
Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$17,124.60**

**Argo Logistics Group LLC**
**PO Box 867**
**Capitola, CA 95010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**3.2**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is: *Check all that apply.*      **$3,039.12**

**Auto-Chlor - WA**
**450 Ferguson Dr**
**Mountain View, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **0245**

Basis for the claim: **Trade Supplier**

Is the claim subject to offset? ■ No ☐ Yes

Case 26-40555-MJH    Doc 1    Filed 03/02/26    Ent. 03/02/26 14:10:37    Pg. 19 of 55

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**AWJP Southside LLC**
**FW 710 Main LP**
**Attn. Jessica Worman**
**4224 Shannon Dr**
**Fort Worth, TX 76116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Fort Worth - Settlement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,000.00** |
|---|---|---|---|

**B33 Belmar II LLC**
**Belmar Commercial Owner LP**
**One East Wacker Dr, Ste 3600**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Belmar (Lakewood) Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,520.00** |
|---|---|---|---|

**BakeMark**
**5958 1st Ave S**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,020.00** |
|---|---|---|---|

**Chris Farmand & Company PLLC**
**3948 3rd St S #447**
**Jacksonville Beach, FL 32250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,289.41** |
|---|---|---|---|

**Cintas Corporation**
**PO Box 650838**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,220.91** |
|---|---|---|---|

**COCICo LLC**
**3377 S Birch St**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,612.94** |
|---|---|---|---|

**Craft Canning & Printing LLC**
**1601 S 92nd Pl, Ste A**
**Seattle, WA 98108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,664.79 |
|---|---|---|---|

**Distribution Solution LLC**
**460 Mountain Circle**
**Buckley, WA 98321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|---|---|---|---|

**Equity Residential Management**
**Two North Riverside Plaza**
**Suite 400**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Summary Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143,666.54 |
|---|---|---|---|

**Fruitsmart**
**PO Box 519**
**Grandview, WA 98930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,957.50 |
|---|---|---|---|

**Greenfield Global**
**855 El Camino Real**
**Bldg 4, Ste 260**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,086.00 |
|---|---|---|---|

**Gusmer Enterprises Inc**
**PO Box 846046**
**Los Angeles, CA 90084-6046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,961.00 |
|---|---|---|---|

**HHHungate LLC**
**Attn. Property Manager**
**c/o Tarragon NW LLC**
**511 N 2nd Ave**
**Walla Walla, WA 99362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Summary Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,826.49 |
|---|---|---|---|

**In Touch Labels**
**12 Technology Dr**
**North Chelmsford, MA 01863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Supplier**

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Intuit Financing Inc.**<br>**2700 Coast Ave**<br>**Mountain View, CA 94043**<br><br>Date(s) debt was incurred  **11/12/2025**<br>Last 4 digits of account number  **75b2** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Unsecured Loan**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$23,028.40** |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Intuit Financing Inc.**<br>**2700 Coast Ave**<br>**Mountain View, CA 94043**<br><br>Date(s) debt was incurred  **12/31/2025**<br>Last 4 digits of account number  **f080** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Unsecured Loan**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$27,722.64** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Intuit Financing Inc.**<br>**2700 Coast Ave**<br>**Mountain View, CA 94043**<br><br>Date(s) debt was incurred  **9/25/2025**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Unsecured Loan**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$13,742.99** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Iron Horse Brewing**<br>**1621 Vantage Hwy**<br>**Ellensburg, WA 98926**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Supplier**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$568,125.67** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Labels West**<br>**17629 130th Ave NE**<br>**Woodinville, WA 98072**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Supplier**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$1,694.02** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Market Spice**<br>**14690 NE 95th St, Ste 102**<br>**Redmond, WA 98052**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Supplier**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,015.93** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Milne Fruit**<br>**804 Bennett Ave**<br>**Prosser, WA 99350**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Supplier**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$10,653.50** |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,972.82 |

**MVT Logistics LLC**
**PO Box 675131**
**Dallas, TX 75267-5131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,943.20 |

**Northwest Naturals**
**11805 N Creek Pkwy S, Ste A104**
**Bothell, WA 98011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,420.02 |

**Northwest Paper Box**
**4275 NW Pacific Rim Blvd**
**Camas, WA 98607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,740.00 |

**OAT Financing, Inc.**
**55 Regent St, Unit 2**
**Cambridge, MA 02140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured Loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,142.00 |

**PBB Investments, LLC**
**502 W Riverside Ave, Ste 103**
**Spokane, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Spokane Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Resolve**
**2261 Market St #4229**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,054.71 |

**RXO Capacity Solutions LLC**
**11215 N Community House Rd**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,515.18 |

**Saxco International LLC**
**15849 N Lombard St, Bldg 4**
**Unit 200**
**Portland, OR 97203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Supplier**

Last 4 digits of account number  **2232**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,261.37 |

**Scott Laboratories**
**1480 Cader Ln**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,090.09 |

**Sims Global Solutions**
**6101 Long Prairie Road**
**Suite 744-252**
**Flower Mound, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,815.81 |

**Southwest Plumbing Heating Air**
**4150 Lind Ave SW**
**Renton, WA 98057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,931.20 |

**Stan & Lora Macumber**
**PO Box 1883**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Delinquent Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,098.68 |

**Stoel Rives**
**101 S Capitol Blvd, Ste 1900**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,474.22 |

**Sunteck Transport Co LLC**
**PO Box 536665**
**Pittsburgh, PA 15253-5908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Supplier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$9,125.00** |
| | **The Cary Company**<br>**1195 W Fullerton Ave**<br>**Addison, IL 60101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Supplier__ |
| | Last 4 digits of account number __2371__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$9,829.98** |
| | **The Tides**<br>**3044 N Hwy 17, Ste B**<br>**Mount Pleasant, SC 29466** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Supplier__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$6,150.00** |
| | **Total Quality Logistics**<br>**4289 Ivy Pointe Blvd**<br>**Cincinnati, OH 45245** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Supplier__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$28,875.00** |
| | **Tree Top Inc**<br>**PO Box 248**<br>**Selah, WA 98942** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Supplier__ |
| | Last 4 digits of account number __0726__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$15,272.10** |
| | **Vandevco Office Tower LLC**<br>**Colliers International**<br>**Attn. Property Manager**<br>**700 Washington St, Ste 608**<br>**Vancouver, WA 98660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Vancouver Lease__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$36,130.28** |
| | **Vessel Packing Co**<br>**6 City Place Dr, Ste 1000**<br>**Saint Louis, MO 63141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Supplier__ |
| | Last 4 digits of account number __6967__ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$1,692.58** |
| | **Wesmar Company Inc**<br>**5720 204th St SW**<br>**Lynnwood, WA 98036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Supplier__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

Case 26-40555-MJH    Doc 1    Filed 03/02/26    Ent. 03/02/26 14:10:37    Pg. 25 of 55

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,788.58** |
|---|---|---|---|

**Wildpack Beverage**
**1301 Edison Hwy, Ste A-2**
**Baltimore, MD 21213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Supplier

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Baker Monroe LLP**<br>**1300 S University Dr, Ste 318**<br>**Fort Worth, TX 76107** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **C T Corporation**<br>**Attn: SPRS**<br>**330 N Brand Blvd, Ste 700**<br>**Glendale, CA 91203** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Equity Residential Management**<br>**Attn. Legal Dept**<br>**Two North Riverside Plaza**<br>**Suite 400**<br>**Chicago, IL 60606** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Horenstein Law Group PLLC**<br>**500 Broadway, Ste 370**<br>**Vancouver, WA 98660** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Investco Financial Corporation**<br>**1302 Puyallup St, Ste A**<br>**Sumner, WA 98390** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Nawzad Othman**<br>**Columbia Pacific LLC**<br>**1118 SW Myrtle Dr**<br>**Portland, OR 97201** | Line **3.42**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Starwood Retail Group LLC**<br>**Attn. General Manager - Belmar**<br>**464 S Teller St**<br>**Denver, CO 80226** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Wolters Kluwer Lien Solutions**<br>**Attn: John James**<br>**2029 Allen Pkwy, Ste 3300**<br>**Houston, TX 77019** | Line **3.29**<br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |

**5b. Total claims from Part 2**                    5b.    **+**    $         1,490,295.27

**5c. Total of Parts 1 and 2**                      5c.    $              1,490,295.27
Lines 5a + 5b = 5c.

Debtor name  **Rainmaker Cider LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest  **Lease - Alki Beach** | |
| State the term remaining  **36** | **Al's Dream LLC**<br>**c/o Azose Commercial Property**<br>**8451 SE 68th St, Ste 200**<br>**Mercer Island, WA 98040** |
| List the contract number of any government contract | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest  **Fort Worth location - Settlement** | |
| State the term remaining  **36** | **AWJP Southside LLC**<br>**Attn. Jessica Worman**<br>**4224 Shannon Dr**<br>**Fort Worth, TX 76116** |
| List the contract number of any government contract | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest  **Belmar Lease** | |
| State the term remaining  **36** | **B33 Belmar II LLC**<br>**Belmar Commercial Owner LP**<br>**One East Wacker Dr, Ste 3600**<br>**Chicago, IL 60601** |
| List the contract number of any government contract | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest  **Boulder Lease** | |
| State the term remaining | **Boulder Warehouse Association**<br>**PO Box 18628**<br>**Boulder, CO 80308-1628** |
| List the contract number of any government contract | |

Case 26-40555-MJH   Doc 1   Filed 03/02/26   Ent. 03/02/26 14:10:37   Pg. 28 of 55



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Ongoing Royalties paid for the rights to sell Colorado Cider** | |
|---|---|---|---|
| | State the term remaining | | **Coci** |
| | List the contract number of any government contract | | **2650 W 2nd Ave, Unit 10** **Denver, CO 80219** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **First Hill Lease** | |
|---|---|---|---|
| | State the term remaining | | **Equity Residential Management** **Two North Riverside Plaza** |
| | List the contract number of any government contract | | **Suite 400** **Chicago, IL 60606** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Post Alley Lease** | |
|---|---|---|---|
| | State the term remaining | | **Equity Residential Management** **Two North Riverside Plaza** |
| | List the contract number of any government contract | | **Suite 400** **Chicago, IL 60606** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Redmond Lease** | |
|---|---|---|---|
| | State the term remaining | **36** | **FHR Main Retail Center LLC** **G&I VII Redmond Retail LLC** **c/o DRA Advisors LLC** |
| | List the contract number of any government contract | | **220 E 42nd St, 27th Floor** **New York, NY 10017** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Walla Walla Lease** | |
|---|---|---|---|
| | State the term remaining | | **HHHungate LLC** **c/o Tarragon NW LLC** |
| | List the contract number of any government contract | | **511 N 2nd Ave** **Walla Walla, WA 99362** |

Case 26-40555-MJH    Doc 1    Filed 03/02/26    Ent. 03/02/26 14:10:37    Pg. 29 of 55

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Fort Collins Lease**

**L and Y Investment LLC
c/o Waypoint
125 S Howes St, Ste 500
Fort Collins, CO 80521**

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining    **36**

    List the contract number of any government contract

**Spokane Lease**

**PBB Investments, LLC
502 W Riverside Ave, Ste 103
Spokane, WA 99201**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Marketplace Lease**

**PPF OFF 2001 Western Ave LLC
c/o Unico Properties LLC
Attn Marketplace I & II Direct
1215 Fourth Ave, Ste 600
Seattle, WA 98161**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Lease - Location remaining open and want to continue catching up on rent**

**Stan & Lora Macumber
PO Box 1883
Gig Harbor, WA 98335**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining    **36**

    List the contract number of any government contract

**Olympia Lease**

**Urban Olympia 8 LLC
PO Box 7534
Olympia, WA 98507**

---



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.15. State what the contract or lease is for and the nature of the debtor's interest **Vancouver Lease**

State the term remaining **36**

List the contract number of any government contract

**Vandevco Office Tower LLC**
**Colliers International**
**Attn. Property Manager**
**700 Washington St, Ste 608**
**Vancouver, WA 98660**

2.16. State what the contract or lease is for and the nature of the debtor's interest **Woodinville Lease**

State the term remaining

List the contract number of any government contract

**Woodinville Way LLC**
**21025 NE 169th St**
**Woodinville, WA 98077**

Fill in this information to identify the case:

Debtor name    **Rainmaker Cider LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Jason Spears** | **4404 76th Ave Ct NW**<br>**Gig Harbor, WA 98335** | **Resolve** | ☐ D _____<br>■ E/F    **3.29**<br>☐ G _____ |

Debtor name    **Rainmaker Cider LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$362,796.57** |
   | **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$4,373,417.86** |
   | **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$6,851,754.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Case 26-40555-MJH    Doc 1    Filed 03/02/26    Ent. 03/02/26 14:10:37    Pg. 33 of 55

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **American Express Card** | **11/7/2025 - 1/6/2026** | **$62,192.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. **Chris Farmand & Company PLLC**<br>**3948 3rd St S #447**<br>**Jacksonville Beach, FL 32250** | **1/2/2026 - 1/15/2026** | **$19,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.3. **COCICo LLC**<br>**3377 S Birch St**<br>**Denver, CO 80222** | **12/9/2025 - 1/14/2026** | **$18,895.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Colorado Cider Royalties** |
| 3.4. **Excise Taxes** | **11/14/2025 - 2/2/2026** | **$14,657.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Excise Tax** |
| 3.5. **Fort Collins** | **11/14/2025 - 1/20/2026** | **$10,553.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.6. **Intuit Financing**<br>**2700 Coast Ave**<br>**Mountain View, CA 94043** | **11/7/2025 - 1/27/2026** | **$18,499.63** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **Iron Horse Brewery**<br>**1621 Vantage Hwy**<br>**Ellensburg, WA 98926** | **11/4/2025 - 1/22/2026** | **$172,887.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.8. **Gusto** | **11/4/2025 - 1/16/2026** | **$306,105.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Case 26-40555-MJH   Doc 1   Filed 03/02/26   Ent. 03/02/26 14:10:37   Pg. 34 of 55

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Premera Blue Cross** | **1/6/2026** | **$10,496.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Insurance**__ |
| 3.10. **Oat Financing (Ramp)**<br>**55 Regent St, Unit 2**<br>**Cambridge, MA 02140** | **11/4/2025 -**<br>**2/2/2026** | **$16,163.31** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. **Ramp Card** | **11/21/2025** | **$73,313.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.12. **Resolve**<br>**2261 Market St #4229**<br>**San Francisco, CA 94114** | **11/3/2025 -**<br>**1/21/2026** | **$10,637.30** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.13. **US SBA**<br>**409 3rd St, SW.**<br>**Washington, DC 20419** | **11/17/2025 -**<br>**12/15/2025** | **$14,370.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. **Stan & Lora Macumber**<br>**PO Box 1883**<br>**Gig Harbor, WA 98335** | **11/10/2025 -**<br>**12/8/2025** | **$21,112.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.15. **Department of Revenue**<br>**Treasury Management**<br>**PO Box 47464**<br>**Olympia, WA 98504-7464** | **11/25/2025 -**<br>**1/26/2026** | **$24,725.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Taxes**__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Jason Spears** **4404 76th Ave Ct NW** **Gig Harbor, WA 98335** | **11/5/2025 - 12/22/2025** | **$24,000.00** | **Payroll** |
| 4.2.  **Patrick Spears** **6933 Sandalwood Ln** **Fort Worth, TX 76116** | **11/5/2025 - 1/15/2026** | **$21,000.00** | **Payroll** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Avery Products** **26-2-04445-7** | | **King County Superior Court** **500 4th Avenue** **Room 600** **Seattle, WA 98104** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2.  **HHHungate LLC** **25-2-00344-36** | | **Walla Walla County Superior Court** **315 W Main St** **Walla Walla, WA 99362** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3.  **Sunteck Transport CO, LLC** **239784065** | | **Duval County Fourth Judicial Circuit** **501 W Adams St** **Jacksonville, FL 32202** | ☐ Pending ☐ On appeal ☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Equity Residential**<br>**25-2-27744-5** | **Summary**<br>**Judgment** | **King County Superior Court**<br>**500 4th Avenue**<br>**Room 600**<br>**Seattle, WA 98104** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Hydrocephalus Association**<br>**6903 Rockledge Dr, Ste 740**<br>**Bethesda, MD 20817** | | **8/14/2024 -**<br>**12/2/2025** | **$21,265.86** |
| | Recipients relationship to debtor | | | |

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cairncross & Hempelmann, P.S.** **524 Second Avenue** **Suite 500** **Seattle, WA 98104** | | **9/9/2025** | **$3,479.00** |
| | Email or website address _____ | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Cairncross & Hempelmann, P.S.** **524 Second Avenue** **Suite 500** **Seattle, WA 98104** | | **11/12/2025** | **$25,000.00** |
| | Email or website address _____ | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2820 Alki Ave SW** **Seattle, WA 98116** | **7/12/2019 - 12/10/2024** |
| 14.2. | **7260 W Alaska Dr, Unit A** **Lakewood, CO 80226** | **11/4/2020 - 3/9/2025** |

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.3. | **500 Terry Ave**<br>**Seattle, WA 98104** | **9/11/2019 - 12/10/2024** |
| 14.4. | **200 Walnut St**<br>**Fort Collins, CO 80524** | **10/29/2020 - 12/31/2025** |
| 14.5. | **710 S Main**<br>**Fort Worth, TX 76104** | **10/24/2018 - 12/10/2024** |
| 14.6. | **2003 Western Ave**<br>**Seattle, WA 98121** | **2/21/2020 - 12/31/2025** |
| 14.7. | **222 Capital Way N**<br>**Olympia, WA 98501** | **7/16/2021 - 12/10/2024** |
| 14.8. | **1222 Post Alley**<br>**Seattle, WA 98101** | **9/13/2019 - 12/5/2025** |
| 14.9. | **7426 166th Ave NE, Ste C110**<br>**Redmond, WA 98052** | **10/7/2020 - 12/10/2024** |
| 14.10. | **421 W Main Ave**<br>**Spokane, WA 99201** | **10/29/2019 - 12/8/2025** |
| 14.11. | **2805 6th Ave**<br>**Tacoma, WA 98406** | **7/26/2018 - 10/26/2024** |
| 14.12. | **700 Washington St**<br>**Vancouver, WA 98660** | **3/4/2020 - 12/10/2024** |
| 14.13. | **226 E Main St**<br>**Walla Walla, WA 99362** | **8/20/2019 - 12/10/2024** |
| 14.14. | **19151 144th Ave NE**<br>**Woodinville, WA 98072** | **5/21/2015 - 12/28/2025** |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■   No. Go to Part 9.
☐   Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐   No.
■   Yes. State the nature of the information collected and retained.

Case 26-40555-MJH    Doc 1    Filed 03/02/26    Ent. 03/02/26 14:10:37    Pg. 39 of 55

**Locust Swarm Digital App** _____

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐   No. Go to Part 10.

■   Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Case 26-40555-MJH    Doc 1    Filed 03/02/26    Ent. 03/02/26 14:10:37    Pg. 40 of 55

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Small Batch Standard**<br>**3948 3rd St S, #447**<br>**Jacksonville Beach, FL 32250** | **March 2024 -<br>Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Small Batch Standard**<br>**3948 3rd St S, #447**<br>**Jacksonville Beach, FL 32250** | **March 2024 -<br>Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Small Batch Standard**<br>**3948 3rd St S, #447**<br>**Jacksonville Beach, FL 32250** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐    No

■    Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Guy Wood (former employee)** | | |

| Name and address of the person who has possession of inventory records |
|---|
| **Small Batch Standard**<br>**3948 3rd St S, #447**<br>**Jacksonville Beach, FL 32250** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jason Spears** | **4404 76th Ave Ct NW**<br>**Gig Harbor, WA 98335** | **Managing Member** | **34.50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Adam French** | **8204 188th St SW**<br>**Edmonds, WA 98026** | **Non-active Member** | **29.16%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Patrick Spears** | **6933 Sandalwood Ln**<br>**Fort Worth, TX 76116** | **Operating Member** | **6.20%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■    No
☐    Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  2, 2026**

**/s/ Jason Spears**                                    **Jason Spears**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## Western District of Washington

In re    **Rainmaker Cider LLC**        Case No.

Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐   **FLAT FEE**

      For legal services, I have agreed to accept                  $

      Prior to the filing of this statement I have received          $

      Balance Due                                      $

    ■   **RETAINER**

      For legal services, I have agreed to accept and received a retainer of      $         **25,000.00**

      The undersigned shall bill against the retainer at an hourly rate of       $          **415.00**

      [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   $ **1,738.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ■   Debtor      ☐   Other (specify):

4.   The source of compensation to be paid to me is:

      ■   Debtor      ☐   Other (specify):

5.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [List other services that counsel has agreed to provide]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

In re    **Rainmaker Cider LLC**                   Case No.                        

Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 2, 2026** | **/s/ Ryan R. Cole** |
| *Date* | **Ryan R. Cole** |
| | *Signature of Attorney* |
| | **Cairncross & Hempelmann, P.S.** |
| | **524 Second Avenue** |
| | **Suite 500** |
| | **Seattle, WA 98104** |
| | **206-587-0700  Fax: 206-587-2308** |
| | **rcole@cairncross.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Western District of Washington

In re   **Rainmaker Cider LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 2, 2026**

Signature   **/s/ Jason Spears**

**Jason Spears**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Western District of Washington

In re    **Rainmaker Cider LLC**

Debtor(s)

Case No. _____

Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March 2, 2026** _____

**/s/ Jason Spears** _____

**Jason Spears**/**Owner**

Signer/Title

AL'S DREAM LLC
C/O AZOSE COMMERCIAL PROPERTY
8451 SE 68TH ST, STE 200
MERCER ISLAND, WA 98040


APEX CAPITAL
1 WALNUT GROVE DRIVE
SUITE 300
HORSHAM, PA 19044


ARGO LOGISTICS GROUP LLC
PO BOX 867
CAPITOLA, CA 95010


AUTO-CHLOR - WA
450 FERGUSON DR
MOUNTAIN VIEW, CA 94089


AWJP SOUTHSIDE LLC
FW 710 MAIN LP
ATTN. JESSICA WORMAN
4224 SHANNON DR
FORT WORTH, TX 76116


AWJP SOUTHSIDE LLC
ATTN. JESSICA WORMAN
4224 SHANNON DR
FORT WORTH, TX 76116


B33 BELMAR II LLC
BELMAR COMMERCIAL OWNER LP
ONE EAST WACKER DR, STE 3600
CHICAGO, IL 60601


BAKEMARK
5958 1ST AVE S
SEATTLE, WA 98108


BAKER MONROE LLP
1300 S UNIVERSITY DR, STE 318
FORT WORTH, TX 76107

BOULDER WAREHOUSE ASSOCIATION
PO BOX 18628
BOULDER, CO 80308-1628


C T CORPORATION
ATTN: SPRS
330 N BRAND BLVD, STE 700
GLENDALE, CA 91203


CHRIS FARMAND & COMPANY PLLC
3948 3RD ST S #447
JACKSONVILLE BEACH, FL 32250


CINTAS CORPORATION
PO BOX 650838
DALLAS, TX 75265


COCI
2650 W 2ND AVE, UNIT 10
DENVER, CO 80219


COCICO LLC
3377 S BIRCH ST
DENVER, CO 80222


CRAFT CANNING & PRINTING LLC
1601 S 92ND PL, STE A
SEATTLE, WA 98108


DISTRIBUTION SOLUTION LLC
460 MOUNTAIN CIRCLE
BUCKLEY, WA 98321


EQUITY RESIDENTIAL MANAGEMENT
TWO NORTH RIVERSIDE PLAZA
SUITE 400
CHICAGO, IL 60606


EQUITY RESIDENTIAL MANAGEMENT
ATTN. LEGAL DEPT
TWO NORTH RIVERSIDE PLAZA
SUITE 400
CHICAGO, IL 60606

FHR MAIN RETAIL CENTER LLC
G&I VII REDMOND RETAIL LLC
C/O DRA ADVISORS LLC
220 E 42ND ST, 27TH FLOOR
NEW YORK, NY 10017


FRUITSMART
PO BOX 519
GRANDVIEW, WA 98930


GREENFIELD GLOBAL
855 EL CAMINO REAL
BLDG 4, STE 260
PALO ALTO, CA 94301


GUSMER ENTERPRISES INC
PO BOX 846046
LOS ANGELES, CA 90084-6046


HHHUNGATE LLC
ATTN. PROPERTY MANAGER
C/O TARRAGON NW LLC
511 N 2ND AVE
WALLA WALLA, WA 99362


HHHUNGATE LLC
C/O TARRAGON NW LLC
511 N 2ND AVE
WALLA WALLA, WA 99362


HORENSTEIN LAW GROUP PLLC
500 BROADWAY, STE 370
VANCOUVER, WA 98660


IN TOUCH LABELS
12 TECHNOLOGY DR
NORTH CHELMSFORD, MA 01863


INTUIT FINANCING INC.
2700 COAST AVE
MOUNTAIN VIEW, CA 94043

INVESTCO FINANCIAL CORPORATION
1302 PUYALLUP ST, STE A
SUMNER, WA 98390


IRON HORSE BREWING
1621 VANTAGE HWY
ELLENSBURG, WA 98926


IRS CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101


JASON SPEARS
4404 76TH AVE CT NW
GIG HARBOR, WA 98335


L AND Y INVESTMENT LLC
C/O WAYPOINT
125 S HOWES ST, STE 500
FORT COLLINS, CO 80521


LABELS WEST
17629 130TH AVE NE
WOODINVILLE, WA 98072


MARKET SPICE
14690 NE 95TH ST, STE 102
REDMOND, WA 98052


MILNE FRUIT
804 BENNETT AVE
PROSSER, WA 99350


MVT LOGISTICS LLC
PO BOX 675131
DALLAS, TX 75267-5131


NAWZAD OTHMAN
COLUMBIA PACIFIC LLC
1118 SW MYRTLE DR
PORTLAND, OR 97201

NORTHWEST NATURALS
11805 N CREEK PKWY S, STE A104
BOTHELL, WA 98011


NORTHWEST PAPER BOX
4275 NW PACIFIC RIM BLVD
CAMAS, WA 98607


OAT FINANCING, INC.
55 REGENT ST, UNIT 2
CAMBRIDGE, MA 02140


PBB INVESTMENTS, LLC
502 W RIVERSIDE AVE, STE 103
SPOKANE, WA 99201


PPF OFF 2001 WESTERN AVE LLC
C/O UNICO PROPERTIES LLC
ATTN MARKETPLACE I & II DIRECT
1215 FOURTH AVE, STE 600
SEATTLE, WA 98161


RESOLVE
2261 MARKET ST #4229
SAN FRANCISCO, CA 94114


RXO CAPACITY SOLUTIONS LLC
11215 N COMMUNITY HOUSE RD
CHARLOTTE, NC 28277


SAXCO INTERNATIONAL LLC
15849 N LOMBARD ST, BLDG 4
UNIT 200
PORTLAND, OR 97203


SCOTT LABORATORIES
1480 CADER LN
PETALUMA, CA 94954


SIMS GLOBAL SOLUTIONS
6101 LONG PRAIRIE ROAD
SUITE 744-252
FLOWER MOUND, TX 75028

SOUTHWEST PLUMBING HEATING AIR
4150 LIND AVE SW
RENTON, WA 98057


STAN & LORA MACUMBER
PO BOX 1883
GIG HARBOR, WA 98335


STARWOOD RETAIL GROUP LLC
ATTN. GENERAL MANAGER - BELMAR
464 S TELLER ST
DENVER, CO 80226


STOEL RIVES
101 S CAPITOL BLVD, STE 1900
BOISE, ID 83702


SUNTECK TRANSPORT CO LLC
PO BOX 536665
PITTSBURGH, PA 15253-5908


THE CARY COMPANY
1195 W FULLERTON AVE
ADDISON, IL 60101


THE TIDES
3044 N HWY 17, STE B
MOUNT PLEASANT, SC 29466


TOTAL QUALITY LOGISTICS
4289 IVY POINTE BLVD
CINCINNATI, OH 45245


TREE TOP INC
PO BOX 248
SELAH, WA 98942


URBAN OLYMPIA 8 LLC
PO BOX 7534
OLYMPIA, WA 98507

US SBA
409 3RD ST, SW.
WASHINGTON, DC 20419


VANDEVCO OFFICE TOWER LLC
COLLIERS INTERNATIONAL
ATTN. PROPERTY MANAGER
700 WASHINGTON ST, STE 608
VANCOUVER, WA 98660


VESSEL PACKING CO
6 CITY PLACE DR, STE 1000
SAINT LOUIS, MO 63141


WESMAR COMPANY INC
5720 204TH ST SW
LYNNWOOD, WA 98036


WILDPACK BEVERAGE
1301 EDISON HWY, STE A-2
BALTIMORE, MD 21213


WOLTERS KLUWER LIEN SOLUTIONS
ATTN: JOHN JAMES
2029 ALLEN PKWY, STE 3300
HOUSTON, TX 77019


WOODINVILLE WAY LLC
21025 NE 169TH ST
WOODINVILLE, WA 98077

In re   **Rainmaker Cider LLC**                                    Case No. _____

Debtor(s)                       Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Rainmaker Cider LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  2, 2026**

Date

**/s/ Ryan R. Cole**

**Ryan R. Cole**

Signature of Attorney or Litigant

Counsel for   **Rainmaker Cider LLC**

**Cairncross & Hempelmann, P.S.**

**524 Second Avenue**
**Suite 500**
**Seattle, WA 98104**
**206-587-0700 Fax:206-587-2308**
**rcole@cairncross.com**